No. 95–8899. THOMAS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–1230. BELLSOUTH TELECOMMUNICATIONS, INC., ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 95–1581. HURINENKO ET AL. *v.* CHEVRON U. S. A. INC. ET AL. C. A. 8th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 95–1593. BOURNE, DBA BOURNE CO. *v.* WALT DISNEY CO. ET AL. C. A. 2d Cir. Motions of National Music Publishers' Association, Inc., and Karen Adams et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 95–1245. STEINBERG *v.* BINGHAM, ANCILLARY ADMINISTRATOR OF THE ESTATE OF MARLEY, ET AL., *ante,* p. 1134;
No. 95–1256. DOLENZ *v.* SOUTHWEST MEDIA CORP. ET AL., *ante,* p. 1134;
No. 95–1261. GREEN *v.* UNITED PENTECOSTAL CHURCH INTERNATIONAL, *ante,* p. 1134;
No. 95–1277. LITZ *v.* THOMAS, *ante,* p. 1135;
No. 95–1314. CLEMENTS *v.* BABCOCK & WILCOX CO. ET AL., *ante,* p. 1136;
No. 95–7216. GREEN *v.* 25TH JUDICIAL DISTRICT PROBATION DEPARTMENT, 516 U. S. 1130;
No. 95–7594. MCCARTHY *v.* KANSAS CITY, MISSOURI, *ante,* p. 1108;
No. 95–7698. PAGE ET AL. *v.* TEXAS BOARD OF PARDONS AND PAROLE ET AL., *ante,* p. 1123;
No. 95–8024. BERGMANN *v.* MCCAUGHTRY, WARDEN, *ante,* p. 1160; and
No. 95–8242. CRABTREE *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., *ante,* p. 1161. Petitions for rehearing denied.